UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

SHYRON L. WHITE                                             CIVIL ACTION

VERSUS

DAIRY QUEEN, INC., ET AL.                          NO. 25-00498-BAJ-RLB


RULING AND ORDER

Before the Court are the following Motions:

(1) Defendant American Dairy Queen Corporation's ("ADQ") **Motion to Dismiss (Doc. 22)**. Plaintiff opposes the Motion. (Doc. 24). ADQ filed a Reply Brief. (Doc. 27).

(2) Defendant MMPR Denham Springs Hospitality, LLC's ("MMPR") **Motion to Dismiss (Doc. 23)**. Plaintiff opposes the Motion. (Doc. 25). MMPR filed a Reply Brief. (Doc. 28).

(3) Plaintiff's **Motions for Leave to File Amended Complaint (Doc. 32; Doc. 33)**. ADQ and MMPR oppose the Motions. (Doc. 34).

The Magistrate Judge issued a **Report and Recommendation (Doc. 37, the "Report")**, recommending that the Court grant Plaintiff leave to amend his Complaint and enter the proposed Amended Complaint (Doc. 32-1) into the record as the operative Complaint in this matter. (Doc. 37 at 18). The Report further recommends that the Court grant ADQ and MMPR's Motions to Dismiss (Doc. 22; Doc. 23) and dismiss Plaintiff's claims against them with prejudice. (*Id.*). The Report

reasons that even considering Plaintiff's Amended Complaint (Doc. 32-1), Plaintiff's claims remain subject to dismissal because Plaintiff fails to state a claim of discrimination or retaliation under Title VII. There are no objections to the Report.

After carefully considering Plaintiff's Complaint, the instant Motions, the relevant briefing, the Report, and the entirety of the record before the Court, the Court **APPROVES** the Magistrate Judge's Report and Recommendation and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's **Motions for Leave to File Amended Complaint (Doc. 32; Doc. 33)** are **GRANTED**. The Clerk of Court shall enter Plaintiff's proposed pleading (Doc. 32-1) into the record. The Court shall consider Plaintiff's proposed Complaint as the operative Complaint in this matter.

**IT IS FURTHER ORDERED** that American Dairy Queen Corporation's **Motion to Dismiss (Doc. 22)** is **GRANTED**.

**IT IS FURTHER ORDERED** that MMPR Denham Springs Hospitality, LLC's **Motion to Dismiss (Doc. 23)** is **GRANTED**.

**IT IS FURTHER ORDERED** that Plaintiff's claims against Defendants American Dairy Queen Corporation and MMPR Denham Springs Hospitality, LLC be and are hereby **DISMISSED WITH PREJUDICE**.

Baton Rouge, Louisiana, this 18th day of June, 2026

_____

**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**